UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-civ-60569-Cohn/Seltzer

EDWARD CRESPO, an individual,

    Plaintiff,

vs.

THE BRACHFELD LAW GROUP, a California Professional Corporation, and MERIDIAN MANAGEMENT SOLUTIONS, LLC, a California corporation,

    Defendants.
_____/

## CRESPO'S PROPOSED VOIR DIRE QUESTIONS

In accordance with the Court's Pretrial Order [DE#4] as amended [DE#31], Plaintiff, Edward Crespo, submits the following as his proposed voir dire questions.

1. What is your date of birth and age?

2. Where were you born and raised?

3. What city and county do you currently live in, and how long have you lived there?

4. Do you own or rent where you live?

5. What is your marital status?

6. Do you have any medical issues, mental impairments or physical problems (for example, sight, hearing or back) that may affect your ability to understand the evidence or would make it difficult for you to sit for long periods? If so, please describe.

7. Do you have children or stepchildren? If so, where do they live and what is their occupation?

8. If living, where to your parents or stepparents live, and what is their occupation?

9. Where are you currently employed, and what are your job duties? If you are no longer employed, then what was your last employment and job duties there?

10. How long have you worked there?

11. Do you have any management or supervisory duties on your job? If so, please describe.

12. Will you be paid by your employer during your jury service? If so, how much and for how long?

13. Have you or anyone close to you ever worked for an individual or company that collects debts? If so, please describe.

14. Have you or anyone close to you ever experienced an individual or company collecting a debt? If so, please describe.

15. Have you ever owned a business? If so, please describe.

16. Have you or anyone close to you ever had any training, education or been employed in the debt collection industry? If so, please explain.

17. Have you or anyone close to you ever had any training in any aspect of the legal field? If yes, please explain.

18. Are you or anyone close to you now employed or ever been employed by a law firm or office? If so, please explain.

19. What is your highest education level?

20. Describe any special training or skills that you have.

21. What are your primary leisure activities, hobbies and interests?

22. What charitable, civic, social, union, professional, fraternal, political, recreational or religious organizations do you and/or your significant other volunteer for, belong to, participate in, donate money, time or services to, or hold offices in?

23. Have you or anyone close to you ever been employed by Meridian Management Solutions or any of its subsidiaries, affiliates, or partnerships?

24. Have you or anyone close to you ever been employed by The Brachfeld Law Group or any of its subsidiaries, affiliates, or partnerships?

25. Do you or does anyone close to you know Erica Brachfeld, Martin Brachfeld, Ralph Ayala, Chris Savoy, Louis Moreland, Ashley Miles, or Edward Crespo?

26. The attorneys in this case are Holiday Hunt Russell, Esq, Holiday Russell, P.A., Ernest H. "Skip" Kohlmyer, III, Esq., and South Milhausen, P.A. Do you or does anyone close to you know any of these attorneys or their law firms? If so, please explain.

27. Do you know of anyone else in the courtroom, including any of your fellow jurors?

28. Have you or anyone close to you ever been arrested, charged with or convicted of a crime? If yes, please explain.

29. Have you or anyone close to you ever appeared as a witness at any federal, state or district court, grand jury or government body or agency (including any legislative committee)? If yes, please explain.

30. Have you or anyone close to you ever sued or been sued by anyone? If yes, please explain.

31. Have you ever served on a jury before? If yes, please explain the nature of the action, the verdict reached by the jury, and whether you were the foreperson of the jury.

32. How did you feel about your service as a juror?

33. Is there anything about your life experience which would make you want to serve or not want to serve as a juror?

34. During this case, there will be evidence about debt collectors. Do you hold any views about companies that collect debts that cold affect your view of the evidence in this case? If yes, please explain.

35. During this case, there will be evidence about individuals who may not have paid back a debt. Do you hold any views about individuals who may owe money but who have not paid that money back? If yes, please explain.

36. Is there anything not covered in these questions that you think the attorneys or the Court might want to know about when considering you as a juror in this case? If so, please describe.

37. Do you have any personal, religious, philosophical or other beliefs that would make it difficult for you to sit in judgment of another? If so, please explain.

38. Do you feel that you might have difficulty being fair and impartial in this case due to the race or ethnicity of anyone who is involved in it? If yes, please explain.

39. Do you feel for any reason that you cannot sit as a juror in this case and be fair to both parties? If yes, please explain.

40. Is there any matter that you would prefer to discuss privately?

41. If you are selected as a juror in this case, you must have the ability and the willingness to discuss the facts of the case with your fellow jurors during the jury's deliberations. Is there any reason that you cannot do this?

42. Do you have any difficulty reading, speaking or understanding the English language? If yes, please explain.

43. Is there anything else about your ability to serve as a juror that you think we should know about? If yes, please explain.

44. Do you use any social networking internet sites such as Facebook, MySpace, or LinkedIn? If so, what sites do you participate in, and under what username do you participate?

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served on Ernest H. Kohlmyer, III, Esq., South Milhausen, P.A., Attorneys for Brachfeld and Meridian, 1000 Legion Place, Suite 1200, Orlando, Florida 32801, skohlmyer@southmilhausen.com, by CM/ECF on October 5, 2011.

Respectfully submitted,

HOLIDAY RUSSELL, P.A.
Attorney for Plaintiff
3858 Sheridan Street
Hollywood, Florida 33021
Telephone: 954.920.5153
Facsimile: 954.920.5126
Email: hhrussell@holidayrussell.com


By:  s/Holiday Hunt Russell
     HOLIDAY HUNT RUSSELL
     FL BAR NO.: 955914

4