UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60569-CIV-COHN/SELTZER

EDWARD CRESPO,

    Plaintiff,

v.

THE BRACHFELD LAW GROUP,

    Defendant.
_____/



FILED by ___ D.C.
OCT 19 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# VERDICT

**WE, THE JURY**, unanimously find as follows:

1. On Claim One ("Mini-*Miranda*"), did the Plaintiff prove by a preponderance of the evidence that the Defendant violated the Federal Fair Debt Collection Practices Act by failing to make the required disclosures?

    _____ Yes      ___✓___ No

*(If you answered "No" to question 1, skip question 2 and do not award any damages for Claim One. However, if you answered "yes" to question 1, answer question 2.)*

1

 2. Did the Defendant prove by a preponderance of the evidence its affirmative defense of bona fide error on Claim One ("Mini-*Miranda*")?

_____     _____
    Yes                        No

3. Regarding Claim One, if you answered "No" to question 1, or if you answered "Yes" to question 1 and "Yes" to question 2, do not award any damages for Claim One. However, if you answered "Yes" to question 1 and "No" to question 2, list the federal statutory damages you are awarding.

$ 0.00

4. On Claim Two ("Attorney Involvement"), did the Plaintiff prove by a preponderance of the evidence that the Defendant violated the federal and state acts by falsely representing or implying that an individual was an attorney or that a communication came from an attorney?

_____     \_\_\_\_✓_____
    Yes                        No

*(If you answered "No" to question 4, skip question 5 and do not award any damages for Claim Two. However, if you answered "yes" to question 4, answer question 5.)*

2

N/A 5. Did the Defendant prove by a preponderance of the evidence its affirmative defense of bona fide error on Claim Two ("Attorney Involvement")?

_____   _____
      Yes                    No

6. Regarding Claim Two, if you answered "No" to question 4, or if you answered "Yes" to question 4 and "Yes" to question 5, do not award any damages for Claim Two. However, if you answered "Yes" to question 4 and "No" to question 5, list the statutory damages you are awarding.

Federal Statutory Damages: $ 0.00

Florida Statutory Damages: $ 0.00

## Actual Damages

7. If you awarded statutory damages on any claim, state the amount of actual damages, if any, for which the Plaintiff has proved an entitlement.

Actual Damages: $ 0.00

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, West Palm Beach, Florida, this 19 day of October, 2011.

_____          _____
Foreperson's Signature             Foreperson's Printed Name

3