UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-60569-COHN/SELTZER

EDWARD CRESPO,

    Plaintiff,

v.

BRACHFELD LAW GROUP, P.C.
and MERIDIAN MANAGEMENT
SOLUTIONS, LLC,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** comes before the Court following a jury verdict in favor of the Brachfeld Law Group, P.C. on all counts and the Court's directed verdict in favor of Meridian Management Solutions, LLC on all counts. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment as follows:

**FINAL JUDGMENT** is entered against Plaintiff, Edward Crespo, who shall take nothing by this action, and in favor of Defendants, the Brachfeld Law Group, P.C. and Meridian Management Solutions, LLC, who shall go hence without day. The Court reserves jurisdiction, if appropriate, to award costs and attorneys' fees. The Clerk of the Court shall enter this case as **CLOSED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 26th day of October, 2011.

                                                            Daniel T. K. Hurley
                                                            United States District Judge

*Copies provided to counsel of record.*